# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      vs                                 Case No.3:08cr61LAC

MARVIN DUCKSWORTH

_____

## ORDER

Your document, **PRO SE MOTION TO STRIKE SENTENCING MEMORANDUM FILED THROUGH DEFENSE COUNSEL OF RECORD**, was referred to the undersigned with the following deficiencies:

Local Rule 11.1(D) Pro Se Appearance.  Any party represented in a case by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 10th day of November, 2008.


s/*L. A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE